**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LUOCHENG ZHANG,

Petitioner,

v.

FERETI SEMAIA, et al.,

Respondents.

CASE NO. 5:26-cv-06032-SK

**ORDER TO SUPPLEMENT RECORD**

By no later than October 28, 2026, respondents are ordered to supplement the record by filing the Notice to Appear (Form I-862), the Administrative Warrant (Form I-200), and the Notice of Custody Determination (Form I-286) that were served on petitioner on or about August 27, 2026; or, if none exists, by filing a verified statement to that effect.

IT IS SO ORDERED.

DATED: October 22, 2026

STEVE KIM
United States Magistrate Judge