**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LUOCHENG ZHANG,

Petitioner,

v.

FERETI SEMAIA, et al.,

Respondents.

CASE NO. 5:26-cv-06032-SK

**JUDGMENT**

In accordance with the Order Denying Petition for Writ of Habeas Corpus, IT IS ADJUDGED that this action under 28 U.S.C. § 2241 is dismissed without prejudice.

The court retains jurisdiction over any successive action under 28 U.S.C. § 2241 filed in this district, alleging that petitioner is being held in immigration custody within this district in violation of federal law. *See* 28 U.S.C. § 1651; *see also Eldridge v. Howard*, 70 F.4th 543, 551 (9th Cir. 2023) (abuse of the writ doctrine precludes reconsideration of claims that were or could have been raised in prior habeas petition).

DATED: October 29, 2026

STEVE KIM
United States Magistrate Judge